# United States District Court
# Western District of North Carolina
# Asheville Division

| | |
|---|---|
| Aaron Heath, | JUDGMENT IN CASE |
| Plaintiff | 1:24-cv-00261-KDB |
| vs. | |
| Cindy Owen, | |
| Defendants. | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 9, 2025 Order.

Signed: January 9, 2025

Katherine Hord Simon, Clerk
United States District Court